UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL GLOVER, )
 )
Plaintiff, )
 )
v. ) No. 4:15CV624 RLW
 )
KEEFE COMMISSARY NETWORK )
SALES, et al., )
 )
Defendants, )

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 15th day of April, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE